1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

REBECCA GALVAN,

                Plaintiff,

   v.

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

                Defendant.

CASE NO. 14-cv-05654 RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION

     The Court, having reviewed the Report and Recommendation of Judge J. Richard
Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

     (1)     The Court adopts the Report and Recommendation.

     (2)     The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42
            U.S.C. § 405(g) to the Commissioner for further consideration consistent with the
            Report and Recommendation.

     (3)     **JUDGMENT** is for plaintiff and the case should be closed.

(4)     The Clerk is directed to send copies of this Order to counsel of record.

Dated this 20th day of April, 2015.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2