U.S. DISTRICT JUDGE RONALD B. LEIGHTON
U.S. MAGISTRATE JUDGE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| REBECCA GALVAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of Social Security )<br>)<br>Defendant, )<br>_____) | CIVIL NO. 3:14-CV-05654 RBL-JRC<br><br>ORDER FOR AWARD OF EAJA<br>FEES AND COSTS |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the total amount of $6,686.31 and costs in the amount of $400.00 (for the court filing fee) pursuant to 28 U.S.C § 1920; 31 U.S.C § 1304 (a), shall be awarded to Plaintiff. See *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

If the U.S. Department of Treasury determines that Plaintiff's EAJA fees and costs are not subject to any offset allowed under the Department of Treasury's Offset Program, then the check for EAJA fees and costs shall be made payable to Plaintiff's attorney, Tom O'Neill.

Whether the check is made payable to Plaintiff, or to Tom O'Neill, the check shall be mailed to Tom O'Neill at the following address:  PO Box 336 Longview, Washington  98632.

Dated this 22nd day of June, 2015.

_____
Ronald B. Leighton
United States District Judge

Presented by:

*Tom O'Neill*

_____
TOM O'NEILL
Attorney for Plaintiff


*Benjamin Groebner*

_____
BENJAMIN GROEBNER
Assistant Regional Counsel
Office of the General Counsel
Attorney for Defendant
(Per E-Mail Authorization)

ORDER FOR EAJA FEES AND COSTS